1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  JANETTE JONES,                    )    No. CV 13-6227 CW
                                      )
12                   Plaintiff,       )    JUDGMENT
                                      )
13             v.                     )
                                      )
14  CAROLYN W. COLVIN, Acting         )
    Commissioner, Social Security     )
15  Administration,                   )
                                      )
16                   Defendant.       )
    _____)

17

18      **IT IS ADJUDGED** that this action is remanded to defendant for

19  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20  and consistent with the accompanying Decision and Order.

21

22  DATED:  October 22, 2014

23

24                              _____
                                     CARLA M. WOEHRLE
25                              United States Magistrate Judge

26
27
28