1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10  JANETTE JONES,                        )
11                                        )  CASE NO.: 2:13-cv-06227-CW
12          Plaintiff,                    )
                                          )
13  v.                                    )
                                          )  ORDER
14  CAROLYN W. COLVIN, Acting             )  AWARDING EAJA FEES
15  Commissioner of Social Security,      )
                                          )
16                                        )
17          Defendant.                    )
18  _____ )

19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20       IT IS ORDERED that EAJA fees are awarded in the amount of TWO

21  THOUSAND THREE HUNDRED FIFTY DOLLARS AND 00/100 ($2,350.00)

22  subject to the terms of the stipulation.

23
24
25  DATED:  January 7, 2015      _____
26                               HON. CARLA WOEHRLE
27                               UNITED STATES MAGISTRATE JUDGE
28